IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR GERARDO MENDEZ-GIL,<br><br>Defendant. | 8:21CR37<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 43). The Court has carefully reviewed the record in this case and finds as follows:

1. On November 22, 2021, defendant Victor Gerardo Mendez-Gil ("Mendez-Gil") pleaded guilty to Count I of the Information (Filing No. 26) and admitted the Forfeiture Allegation. Count I charged Mendez-Gil with conspiracy to distribute and possession with intent to distribute 50 grams or more of methamphetamine (actual); in violation of 21 United States Code sections 846, 841(a)(1) and 841(b)(1).

2. The Forfeiture Allegation of the Information sought forfeiture, pursuant to 21 U.S.C. § 853, of $15,099 United States currency seized from Mendez-Gil's residence on or about February 16, 2021, on the basis it was (a) used to facilitate the offenses charged in the Information or (b) derived from proceeds obtained directly or indirectly as a result of the commission of the offenses charged in the Information.

3. Based on Mendez-Gil's guilty plea and admission, Mendez-Gil forfeits his interest in the $15,099 in United States currency and the government should be entitled to possession of any interest Mendez-Gil has in the $15,099 in United States currency pursuant to 21 U.S.C. § 853.

4. The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 43) is granted.

2. Based upon the Forfeiture Allegation of the Information (Filing No. 26) and Mendez-Gil's guilty plea and admission, the government is hereby authorized to seize the $15,099 in United States currency.

3. Mendez-Gil's interest in the $15,099 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $15,099 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $15,099 in United States currency in such manner as the Attorney General may direct, and notice that any person, other than Mendez-Gil, having or claiming a legal interest in the $15,099 in United States currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $15,099 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $15,099 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $15,099 in United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 2nd day of March 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

3