IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. VICTOR GERARDO MENDEZ-GIL, Defendant. | 8:21CR37 FINAL ORDER OF FORFEITURE |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 50). The Court has reviewed the record in this case and finds as follows:

1. On March 2, 2022, the Court entered a Preliminary Order of Forfeiture (Filing No. 44), pursuant to 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1) and 853 and based upon defendant Victor Gerardo Mendez-Gil ("Mendez-Gil") pleading guilty to Count I of the Information and admitting the Forfeiture Allegation (Filing No. 26). Under the Preliminary Order of Forfeiture, Mendez-Gil forfeited any interest he had in the $15,099 in United States currency seized from his residence on or about February 16, 2021, to the government.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 3, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on May 10, 2022 (Filing No. 49).

3. The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 50) is granted.
2. All right, title and interest in and to the $15,099 in United States currency seized from Mendez-Gil's residence on or about February 16, 2021, held by any person or entity are forever barred and foreclosed.
3. The $15,099 in United States currency is forfeited to the government.
4. The government is directed to dispose of the $15,099 in United States currency in accordance with law.

Dated this 10th day of March 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge